2003 OCT 28 P 12: 23

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE DUDLEY, | : | CIVIL CASE NO. 3:03cv0273(SRU) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| NBD, LLC; AND | : | |
| GERALD B. HADELMAN, | : | |
| Defendants. | : | OCTOBER 24, 2003 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY

The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through December 1, 2003. Counsel for the plaintiff represents that he is the lead counsel in a trial to be conducted in the United States District Court for the District of Connecticut in the case of *Gupta v. Norwalk*, 3:98CV2153 (AWT) commencing on November 3, 2003 and ending on November 6, 2003. Plaintiff's counsel is also the lead counsel in the case of *Burke v. Connecticut*, Docket No. CV 01 0809994 S, Judicial District of Hartford at Hartford, which is scheduled for trial commencing November 13, 2003.

As a result, the plaintiff's counsel has been unable to adequately address at the current time the issues involved in the defendant's motion for summary judgment.

Wherefore, the plaintiff requests that the court extend the time within which to file his opposition to the defendant's motion for summary judgment to December 1, 2003.

Defendant's counsel does not object to the plaintiff's motion for extending the time within which to file the plaintiff's opposition to the defendant's motion for summary judgment.

This is the plaintiff's first request for an extension of time.

THE PLAINTIFF- KATHERINE DUDLEY

BY: _____
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: tbucci@wwblaw.com
Fed Bar # ct07805

## CERTIFICATION

THIS IS TO CERTIFY that on the 24th day of October 2003, the original foregoing **Motion for Extension of Time** was sent via facsimile and U.S.P.S. to the following:

Frederick W. Krug, Esquire
MATZKIN, KRUG & DANEN
76 Center Street
Waterbury, CT 06702

_____
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.