20

FILED

2003 OCT 28 P 12: 23

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE DUDLEY, | : | CIVIL CASE NO. 3:03cv0273(SRU) |
|     Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| NBD, LLC; AND | : | |
| GERALD B. HADELMAN, | : | |
|     Defendants. | : | OCTOBER 24, 2003 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY

The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through December 1, 2003. Counsel for the plaintiff represents that he is the lead counsel in a trial to be conducted in the United States District Court for the District of Connecticut in the case of *Gupta v. Norwalk*, 3:98CV2153 (AWT) commencing on November 3, 2003 and ending on November 6, 2003. Plaintiff's counsel is also the lead counsel in the case of *Burke v. Connecticut*, Docket No. CV 01 0809994 S, Judicial District of Hartford at Hartford, which is scheduled for trial commencing November 13, 2003.

As a result, the plaintiff's counsel has been unable to adequately address at the current time the issues involved in the defendant's motion for summary judgment.

GRANTED; ABSENT OBJECTION.
SO ORDERED. [signature] R[...] H. U.S.D.J.
10/30/03

2003 OCT 30 P 12: 30
US DISTRICT COURT
BRIDGEPORT