**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KATHERINE DUDLEY, | : | CIVIL CASE NO. 3:03cv0273(SRU) |
|    Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| NBD, LLC; AND | : | |
| GERALD B. HADELMAN, | : | |
|    Defendants. | : | DECEMBER 1, 2003 |

# PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through December 8, 2003. Counsel for the plaintiff represents that he was the lead counsel in a trial conducted in the United States District Court for the District of Connecticut in the case of *Gupta v. Norwalk*, 3:98CV2153 (AWT), which commenced on November 3, 2003, and ended on November 10, 2003. Post trial matters have taken a considerable amount of plaintiff's counsel's time. Further, plaintiff's counsel prepared and argued a matter before the Connecticut Supreme Court on November 26, 2003, in the case of Pane v. City of Danbury.

As a result, the plaintiff's counsel has been unable to complete the papers in opposition to defendants' motion for summary judgment.

Wherefore, the plaintiff requests that the court extend the time within which to file his opposition to the defendants' motion for summary judgment to December 8, 2003.

As a result of the Thanksgiving Holiday, plaintiff's counsel has not been able to determine if defendants' counsel opposes the plaintiff's motion for extending the time within which to file the plaintiff's opposition to the defendants' motion for summary judgment.

This is the plaintiff's second request for an extension of time.

                    THE PLAINTIFF- KATHERINE DUDLEY

                    BY:_____
                    Thomas W. Bucci
                    WILLINGER, WILLINGER & BUCCI, P.C.
                    855 Main Street
                    Bridgeport, CT  06604
                    Tel: (203) 366-3939
                    Fax: (203) 337-4588
                    Email: tbucci@wwblaw.com
                    Fed Bar # ct07805

## CERTIFICATION

THIS IS TO CERTIFY that on the 1st day of December 2003, the original foregoing **Motion for Extension of Time** was sent via facsimile and U.S.P.S. to the following:

Frederick W. Krug, Esquire
MATZKIN, KRUG & DANEN
76 Center Street
Waterbury, CT  06702

_____
Thomas W. Bucci