FILED

2003 DEC -1  P 2: 24

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE DUDLEY, | : | CIVIL CASE NO. 3:03cv0273(SRU) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| NBD, LLC; AND | : | |
| GERALD B. HADELMAN, | : | |
| Defendants. | : | DECEMBER 1, 2003 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff respectfully moves that the court extend the time for the filing of the plaintiff's papers in opposition to the defendant's motion for summary judgment through December 8, 2003. Counsel for the plaintiff represents that he was the lead counsel in a trial conducted in the United States District Court for the District of Connecticut in the case of *Gupta v. Norwalk*, 3:98CV2153 (AWT), which commenced on November 3, 2003, and ended on November 10, 2003. Post trial matters have taken a considerable amount of plaintiff's counsel's time. Further, plaintiff's counsel prepared and argued a matter before the Connecticut Supreme Court on November 26, 2003, in the case of Pane v. City of Danbury.

MOTION GRANTED.

SO ORDERED. Stefan R. Underhill, U.S.D.J.