FILED

2003 DEC 30 P 12: 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHERINE DUDLEY | |
| v. | No. 303 CV 0273 SRU |
| NBD, LLC and GERALD B. HADELMAN | DECEMBER 23, 2003 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO THE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendants respectfully moves that the Court extend the time for the filing to comply with the Plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment. Through January 8, 2004, counsel for the Defendants represent that due to the press of business and the occurrence of year end holidays, he will require additional time to respond to the Plaintiff's Memorandum in Opposition.

Plaintiff's counsel does not object to the requested extension of time.

This is the Defendant's first request for an extension of time.

WHEREFORE, the Defendants request that the Court extend the time within which to file a reply brief to January 8, 2004.

DEFENDANTS

_____
Frederick W. Krug
Fed. Bar. No. ct07215
Matzkin, Krug & Danen
76 Center Street
Waterbury, CT. 06702
(203) 755-2246
Their Attorney

## ORDER

The above motion having been presented, it is hereby   ORDERED:

BY THE COURT

_____
Clerk

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 23rd day of December, 2003

Attorney Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT. 06604

Frederick W. Krug