FILED
2003 DEC 30 P 12: 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE DUDLEY | : | |
| | : | |
| v. | : | No. 303 CV 0273 SRU |
| | : | |
| NBD, LLC and | : | |
| GERALD B. HADELMAN | : | DECEMBER 23, 2003 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO THE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Defendants respectfully moves that the Court extend the time for the filing to comply with the Plaintiff's Memorandum in Opposition to the Defendant's Motion for Summary Judgment. Through January 8, 2004, counsel for the Defendants represent that due to the press of business and the occurrence of year end holidays, he will require additional time to respond to the Plaintiff's Memorandum in Opposition.

GRANTED; ABSENT OBJECTION.
SO ORDERED
Stefan R. Underhill, USDJ
1/7/04

FILED
2004 JAN -7 P 4:44
US DISTRICT COURT
BRIDGEPORT