UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUDLEY | : |
| | : |
| v. | : CASE NO. 3:03cv273 (SRU) |
| | : |
| NBD, LLC, ET AL. | : |

**ORDER OF REFERRAL TO SPECIAL MASTERS**

Pursuant to D. Conn. L. Civ. R. 53, it is hereby Ordered that the above-captioned case is referred to Special Masters A. Robert Fischer (203) 961-0404 and Gary E. Phelan (860) 313-5005 for the purpose of conducting a settlement conference, which will be held at the United States District Court, 915 Lafayette Boulevard, Bridgeport, CT.  Counsel are asked to confer with the Special Masters, selecting a mutually convenient date for such a conference.

Once a date and time is selected, counsel shall notify the undersigned, via email or telephone (203-579-5952), and a calendar will issue.

Seven days prior to the parties' conference, counsel shall submit to the Special Masters their Confidential Settlement Conference Memorandum in accordance with D. Conn. L. Civ. R. 53(e).

Counsel are directed to have their clients and/or persons with settlement authority accompany them to this settlement conference (see D. Conn. L. Civ. R. 53(c)).

Confidential Settlement Conference Memoranda shall be submitted directly to the Special Masters, with Notice of Service of Settlement Conference Memorandum filed with the Clerk of the Court.

Any agreed-upon rescheduling of the conference shall be arranged between counsel and the Special Masters.  If this matter is rescheduled, the moving party shall confirm such a new date and time, in writing, to the Hon. Stefan R. Underhill, 915 Lafayette Blvd., Room 410, Bridgeport, CT 06604, with copies to the Special Masters and all counsel of record.  If this matter settles prior to the parties' conference, counsel shall notify the Court and the Special Masters immediately.

Dated at Bridgeport, Connecticut, this 2nd day of February, 2004.

                         BY ORDER OF THE COURT
                         KEVIN F. ROWE, Clerk


By:   /s/ Alice Montz
        Alice Montz
        Deputy Clerk