FILED

2004 APR 16 A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KATHERINE DUDLEY :
:
v. : Civil Action No.
: 303 CV 0273 SRU
:
:
NBD, LLC and :
GERALD B. HADELMAN : APRIL 15, 2004
:

## NOTICE OF SERVICE OF SETTLEMENT CONFERENCE MEMORANDUM

The defendants in the above captioned case hereby give notice that they have this date filed the Ex Parte Confidential Memorandum with the Special Masters, A. Robert Fischer and Gary E. Phelan, who are scheduled to preside at the settlement conference April 27, 2004, 10:00 a.m. at 915 Lafayette Boulevard, Bridgeport, Conn.

DEFENDANTS GERALD G.
HADELMAN and NBD, LLC

By /s/ Frederick W. Krug
Frederick W. Krug (ct07215)
Matzkin, Krug & Danen, P.C.
76 Center Street - P.O. Box 2027
Waterbury, CT. 06722
(203) 755-2246
Their Attorneys

CERTIFICATION

I hereby certify that the foregoing was mailed first-class, postage prepaid, on this 15th day of April, 2004 to:

Attorney Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT. 06604

Frederick W. Krug