United States District Court
District of Connecticut
FILED AT BRIDGEPORT

4-19-2004
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

FILED
2004 APR 19 P 3: 33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE DUDLEY, <br> Plaintiff, | : | CIVIL CASE NO. 3:03cv0273(SRU) |
| VS. | : | |
| NBD, LLC; AND <br> GERALD B. HADELMAN, <br> Defendants. | : | APRIL 16, 2003 |

### NOTICE OF SERVICE OF SETTLEMENT CONFERENCE MEMORANDUM

The defendant in the above captioned case hereby gives notice that she has this date filed the Ex Parte Confidential Memorandum with the Special Masters, A. Robert Fischer and Gary E. Phelan, who are scheduled to preside at the settlement conference on April 27, 2004, 10:00 a.m. at 915 Lafayette Boulevard, Bridgeport, Connecticut.

THE PLAINTIFF- KATHERINE DUDLEY

BY: _____
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: tbucci@wwblaw.com
Fed Bar # ct07805

## CERTIFICATION

I hereby certify that the foregoing was mailed first-class, postage prepaid, on the 16th day of April, 2004 to:

Frederick W. Krug, Esquire
Matzkin, Krug & Kanen, P.C.
76 Center Street – P.O. Box 2027
Waterbury, CT  06722

*[signature]*
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.