
**FILED**

2004 MAY -5 P 12: 12

US DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE DUDLEY, | : | CIVIL CASE NO. 3:03cv0273(SRU) |
|     Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| NBD, LLC; AND | : | |
| GERALD B. HADELMAN, | : | |
|     Defendants. | : | MARCH 4, 2004 |

## MOTION FOR CONTINUANCE

The plaintiff, with the agreement of the defendants, respectfully moves that the court grant a continuance of the hearing scheduled for May 7, 2004. Counsel for the plaintiff represents that the court on February 2, 2004, referred this case to special masters, Fisher and Phelan, for the purpose of conducting a settlement conference. A settlement conference was originally scheduled for April, 2004, but because of a conflict in the schedules of the special masters, the settlement conference is now scheduled for June 17, 2004. Both counsel for the plaintiff and the defendants believe that settlement prospects will be enhanced if the hearing scheduled by the Court for May 7, 2004 is postponed to a date after June 17, 2004.

Wherefore, the parties request that the court continue the hearing scheduled for May 7, 2004 to a date after June 17, 2004.

This is the first request for a continuance.

                THE PLAINTIFF- KATHERINE DUDLEY

                BY: _____
                Thomas W. Bucci
                WILLINGER, WILLINGER & BUCCI, P.C.
                855 Main Street
                Bridgeport, CT  06604
                Tel: (203) 366-3939
                Fax: (203) 337-4588
                Email: tbucci@wwblaw.com
                Fed Bar # ct07805

## CERTIFICATION

THIS IS TO CERTIFY that on the 4th day of May, 2004, the original foregoing **Motion for Continuance** was sent via facsimile and U.S.P.S. to the following:

Frederick W. Krug, Esquire
MATZKIN, KRUG & DANEN
76 Center Street
Waterbury, CT 06702

_____
Thomas W. Bucci