**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KATHERINE DUDLEY,

v.

MBD, LLC; AND
GERALD B. HADELMAN

CASE NO.: 3:03CV0273 (SRU)

June 17, 2004

PRELIMINARY or **FINAL**

**FILED**
2004 JUN 17 P 12:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS**

****NOTE: ALL INFORMATION MUST BE LEGIBLY WRITTEN!****

1. DATE OF CONFERENCE(S):
   June 17, 2004

2. TRIAL ATTORNEYS PRESENT:
   PLAINTIFF: Thomas W. Bucci
   DEFENDANT: Frederick W. Krug

3. PARTIES PRESENT:
   Thomas Bucci, Frederick Krug, Gerald Hadelman, Katherine Dudley

4. CASE SETTLED: YES ✓ NO ___

5. FOLLOW UP CONFERENCE TO BE SCHEDULED: YES ___ NO ✓

6. FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: July 17, 2004

7. COMMENTS:

_____        _____
SPECIAL MASTER SIGNATURE              SPECIAL MASTER SIGNATURE

THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH
THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE

A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED

Rev. 06/01/98