FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL 14 A 11: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

KATHERINE DUDLEY

v.  No. 303 CV 0273 SRU

NBD, LLC and
GERALD B. HADELMAN  July 13, 2004

### Defendants' Motion for Extension of Time

1. This case was reported settled after a Special Masters Mediation which took place June 17, 2004.

2. The court has issued a notice requiring this case to be withdrawn or dismissed on or before July 17, 2004.

3. The parties require additional time to complete their agreed upon settlement. Specifically, as part of the settlement, plaintiff has agreed to relinquish her interest in a franchise for Subway Store #10 issued by Doctor's Associates, Inc. The process for releasing plaintiff as a franchisee is more detailed than the parties understood on June 17, 2004 and will not be completed until approximately August.

4. The parties request an extension of time until August 31, 2004 to file a withdrawal of action.

5. The undersigned has conferred with plaintiff's Attorney Thomas Bucci and Mr. Bucci consents to this request.

WHEREFORE, the parties hereby request an extension of time until August 31, 2004 to file a withdrawal of this lawsuit.

DEFENDANTS

By _____
Frederick W. Krug
Fed. Bar. No. ct07215
Matzkin, Krug & Danen
Their Attorney

## ORDER

The above motion having been presented, it is hereby   ORDERED:

BY THE COURT


_____
Clerk

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 13th day of July, 2004 to:

Attorney Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT. 06604

_____
Frederick W. Krug

FedPlead/Hadmot2

3