

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 30 P 1: 33

| | | |
|---|---|---|
| KATHERINE DUDLEY | : | |
| | : | |
| v. | : | No. 303 CV 0273 SRU |
| | : | |
| NBD, LLC and | : | |
| GERALD B. HADELMAN | : | August 25, 2004 |

## Defendants' Second Motion for Extension of Time

1. This case was reported settled after a Special Masters Mediation which took place June 17, 2004.

2. The court has issued a notice requiring this case to be withdrawn or dismissed on or before July 17, 2004.

3. The court has granted defendants' July 13, 2004 Motion for Extension of Time to file a withdrawal of action until August 31, 2004.

4. The parties require additional time to complete their agreed upon settlement. Specifically, as part of the settlement, plaintiff has agreed to relinquish her interest in a franchise for Subway Store #10 issued by Doctor's Associates, Inc. A closing is scheduled on or before September 15, 2004 at which time the transfer of franchise interest will take place.

5. The defendants request an extension of time until September 20, 2004 to file a withdrawal of action.

6. The undersigned attempted to confer with Attorney Thomas Bucci, but learned that Attorney Bucci is on vacation and will not return to the office until August 30, 2004.

WHEREFORE, the defendants hereby request an extension of time until September 20, 2004 to file a withdrawal of this lawsuit.

DEFENDANTS

By_____
Frederick W. Krug
Fed. Bar. No. ct07215
Matzkin, Krug & Danen
Their Attorney

## ORDER

The above motion having been presented, it is hereby   ORDERED:

BY THE COURT

_____
Clerk

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 25th day of August 2004 to:

Attorney Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT. 06604

                                        _____
                                        Frederick W. Krug

FedPlead/Hadmot2