FILED

2004 SEP 17 P 12: 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHERINE DUDLEY,<br>Plaintiff, | : | CIVIL CASE NO. 3:03cv0273(SRU) |
| VS. | : | |
| NBD, LLC; AND<br>GERALD B. HADELMAN,<br>Defendants. | : | September 16,<br><s>JULY 22</s>, 2004 |

### STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KATHERINE DUDLEY, and Defendants, NBD, LLC and GERALD B. HADELMAN, that the within action shall be, and the same hereby is, dismissed against Defendants, NBD, LLC and GERALD B. HADELMAN, in its entirety and with prejudice and without costs and attorneys' fees to either party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C.<br>855 Main Street<br>Bridgeport, CT 06604<br>Tel: 203-366-3939<br>Fax: 203-337-4588<br>Attorneys For Plaintiff<br>Katherine Dudley<br><br>By: _____<br>Thomas W. Bucci<br><br>Dated: 7-22-04 | Frederick W. Krug, Esquire<br>Matzkin, Krug & Danen, P.C.<br>76 Center Street<br>P.O. Box 2027<br>Waterbury, CT 06702<br>Tel: 203-755-2246<br>Fax: 203-573-1376<br>Attorneys for Defendants<br>NBB, LLC and Gerald B. Hadelman<br><br>By: _____<br>Frederick W. Krug<br><br>Dated: September 16, 2004 |